NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLYZEN, INC., a North Carolina Company,**
*Plaintiff-Appellant*

v.

**RADIADYNE, LLC, a Texas Limited Liability Corporation,**
*Defendant-Appellee*

---

2017-1934, 2017-2022, 2017-2138

---

Appeals from the United States District Court for the Eastern District of North Carolina in Nos. 5:14-cv-00323-D and 5:11-cv-00662-D, Chief Judge James C. Dever III.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

    (2) Polyzen, Inc.'s opening brief is due no later than August 7, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32